UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CARDENAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONCENTRA HEALTH SERVICES, INC.,<br><br>　　　　Defendant. | Case No.  13-cv-01299-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 34 |

　　　　The parties stated on the record on February 27, 2014, that they have settled this action. See ECF No. 34.  Accordingly, all deadlines and hearings in this case are VACATED.  By April 14, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.  In the event the parties fail to file a stipulated dismissal by the deadline, the parties are ORDERED to appear at a settlement compliance hearing, on April 30, 2014, at 2:00 p.m.

　　　　Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

　　　　**IT IS SO ORDERED**.

Dated:  February 28, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge