CHARLES L. THOMPSON, IV, State Bar No. 139927
charles.thompson@ogletreedeakins.com
BECKI D. GRAHAM, State Bar No. 238010
becki.graham@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:      415.442.4870

Attorneys for Defendant
CONCENTRA HEALTH SERVICES, INC.

Claudia Center, State Bar No. 158255
Jinny Kim, State Bar No. 208953
Rachael Langston, State Bar No. 257950
Gina Gemello, State Bar No. 282964
The LEGAL AID SOCIETY –
    EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone:     (415) 864-8848
Facsimile:      (415) 593-0096
Emails:        ccenter@las-elc.org
               jkim@las-elc.org
               rlangston@las-elc.org
               ggemello@las-elc.org

Attorneys for Plaintiff
PATRICIA CARDENAS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CARDENAS,<br><br>        Plaintiff,<br><br>    v.<br><br>CONCENTRA HEALTH SERVICES, INC.,<br><br>        Defendant. | Case No. 3:13-cv-01299 JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT COMPLIANCE HEARING** |

1    WHEREAS, on February 28, 2014, the Court issued an Order to File Stipulation of

2  Dismissal in which it additionally ordered a Settlement Compliance Hearing on April 30, 2014

3  (Docket No. 35);

4    WHEREAS, on April 14, 2014, Plaintiff Patricia Cardenas and Defendant Concentra Health

5  Services, Inc. submitted a Joint Case Management Statement in which they reported that the Parties

6  had resolved the matter at mediation and were finalizing the settlement agreement (Docket No. 36);

7    WHEREAS, the Court thereafter continued the previously set April 30, 2014 Settlement

8  Compliance Hearing to May 7, 2014 (Docket No. 37);

9    WHEREAS, the Court thereafter continued the p Settlement Compliance Hearing to May

10  14, 2014 (Docket No. 38);

11    WHEREAS, the parties have executed a settlement agreement, which preconditions

12  Plaintiff's filing of a dismissal on Defendant fulfilling certain obligations under the settlement

13  agreement;

14    WHEREAS, Defendant anticipates that on or about Wednesday, May 13, 2014, it will have

15  fulfilled its obligations under the settlement agreement that precondition Plaintiff's filing of a

16  dismissal;

17    WHEREAS, Plaintiff anticipates filing a dismissal of this action on or before May 20,

18  2014;

19    THEREFORE, the parties request that the Settlement Compliance Hearing be continued to

20  a date on or after May 20, 2014.

21  IT IS SO STIPULATED.

22  //

23  //

24  //

25  //

26  //

27  //

28

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT COMPLIANCE HEARING

DATED:  May 13, 2014                    OGLETREE, DEAKINS, NASH, SMOAK &
                                        STEWART, P.C.


                                        By:  /s/Becki Graham
                                             Charles L. Thompson, IV
                                             Becki D. Graham
                                             Attorneys for Defendant
                                             CONCENTRA HEALTH SERVICES, INC.

DATED:  May 13, 2014                    THE LEGAL AID SOCIETY – EMPLOYMENT
                                        LAW CENTER


                                        By:  /s/ Gina Gemello
                                             Claudia Center
                                             Jinny Kim
                                             Rachael Langston
                                             Gina Gemello

                                             Attorneys for Plaintiff
                                             PATRICIA CARDENAS

## ECF CERTIFICATION

       Pursuant to General Order No. 45 X(B), I attest that concurrence in the filing of this

document has been obtained from Plaintiff's counsel.


DATED:  May 14, 2014                    OGLETREE, DEAKINS, NASH, SMOAK &
                                        STEWART, P.C.


                                        By:  /s/ Becki Graham
                                             Charles L. Thompson, IV
                                             Becki D. Graham
                                             Attorneys for Defendant
                                             CONCENTRA HEALTH SERVICES, INC.

//

//

//

1

<u>**ORDER**</u>

2

Good cause appearing, **IT IS SO ORDERED**.

3

     The Settlement Compliance Hearing for May 13, 2014, shall be continued to

4

_____ May 28 _____, 2014.

5

6

Dated:  May _13_, 2014          By:_____



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SETTLEMENT COMPLIANCE HEARING