UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CARDENAS,<br><br>        Plaintiff,<br><br>    v.<br><br>CONCENTRA HEALTH SERVICES, INC.,<br><br>        Defendant. | Case No. 13-cv-01299-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: Dkt. No. 41 |

The parties have filed a stipulation of dismissal dated May 28, 2014. ECF No. 41. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: May 28, 2014

                                                    JON S. TIGAR<br>
                                        United States District Judge